Frank Revere, Esq. (SBN 32290)
REVERE & WALLACE
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071-1560
Telephone: (213) 943-1333
Facsimile: (213) 403-4847
Email: frank@reverelawfirm.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAGAN, JUDITH KAGAN, FRANK REVERE, and RACHEL K. REVERE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, AND CITY OF LOS ANGELES HOUSING + COMMUNITY INVESTMENT DEPARTMENT,<br><br>Defendants. | CASE NO: 2:20-cv-05515-DMG-ADS<br><br>NOTICE OF ERRATA |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

Due to inadvertence, Document 11 (Stipulation to Extend Time To Respond To Initial Complaint) was attached to the Proof of Service of the Initial Standing

Order (Document 12), instead of the Initial Standing Order (Document 10). However, Plaintiffs' counsel has this date served the Initial Standing Order (Document 10) on the Defendant, City of Los Angeles, by mail.

DATED: July 8, 2020

REVERE & WALLACE

/S/____________________
Frank Revere
Attorney for Plaintiffs