JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAGAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br><br>　　　　　　Defendants. | Case No. CV 20-5515-DMG (ADSx)<br><br><br>**JUDGMENT** |

This Court having granted Defendants the City of Los Angeles and the City of Los Angeles Housing and Community Investment Department's Motion to Dismiss with prejudice by Order dated February 11, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiffs David Kagan, Judith Kagan, Frank Revere, and Rachel K. Revere.

DATED: February 11, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE